Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of plastic teeth similar in all material respects to those the subject of Abstract 62180, the claim of the plaintiff was sustained.

No. 66252.—I. B. Cohen & Sons Corp. et al. v. United States, protests 60/14175, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that the quantities of merchandise reported by the inspector as manifested, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the quantities of merchandise, which were reported by the inspector as manifested, not found. The protests were sustained to this extent.

No. 66253.—Richter Bros., Inc. v. United States, protests 61/2967 and 61/4184 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.

No. 66254.—Norman G. Jensen, Inc. v. United States, protest 60/19772 (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, the claim of the plaintiff was sustained.

No. 66255.—Gill & Duffus, Inc. v. United States, protest 265766-K (Laredo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 66256.—Atkins, Kroll & Co. et al. v. United States, protests 279619-K, etc. (San Francisco).

389

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiffs was sustained.

**No. 66257.**—The A. W. Fenton Co., Inc *v.* United States, protests 59/34516, 59/34517, and 59/34518 (Cleveland).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 6, 1961

**No. 66258.**—Dalton Cooper, Inc., and H. W. Robinson & Co., Inc., et al. *v.* United States, protests 59/11294, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that involved in *Dalton Cooper, Inc., et al.* v. *United States* (41 Cust. Ct. 271, C.D. 2051), the claim of the plaintiffs was sustained.

DONLON, J., dissented for the reasons set forth in her dissenting opinion in C.D. 2051, *supra*.

BEFORE THE FIRST DIVISION, DECEMBER 7, 1961

**No. 66259.**—J. R. Importing Co., Inc. *v.* United States, protests 300709–K and 306500–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiff was sustained.

**No. 66260.**—Ross Products, Inc. *v.* United States, protest 60/30121 (New York).